Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
5/11/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RAM___ DEPUTY

Case Number: 2:22-CR-00197-DMG
Defendant Number: 1
U.S.A. v. JUNG KYOO MOON
Year of Birth: 1969
[✓] Indictment    [ ] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
  [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
  [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: On or about February 16, 2016

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
  [✓] Los Angeles      [ ] Ventura
  [ ] Orange           [ ] Santa Barbara
  [ ] Riverside        [ ] San Luis Obispo
  [ ] San Bernardino   [ ] Other

Citation of Offense: 18 U.S.C. § 1343: Wire Fraud

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
  [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
  [ ] Eastern (Riverside and San Bernardino)    [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
  [✓] No    [ ] Yes
If "Yes," Case Number: N/A

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A
The complaint/CVB citation:
  [ ] is still pending
  [ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: Henry Russell Halpern
Phone Number: 818-970-2589

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
  [ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____

Case Number _____

The superseded case:
  [ ] is still pending before Judge/Magistrate Judge _____
  [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  [ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*    [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
  [ ] Yes    [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☑ YES  ☐ NO

IF YES, list language and/or dialect: Korean

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): 

This defendant is charged in:
☑ All counts
☐ Only counts: 

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud      ☐ public corruption
☐ government fraud                 ☐ tax offenses
☐ environmental issues             ☑ mail/wire fraud
☐ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud
☐ Other 

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ 
c. PSA supervision? ☐ Yes  ☐ No
d. Is on bail or release from another district: 

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: 
c. If Federal, U.S. Marshals Service Registration Number: 
d. ☐ Solely on this charge. Date and time of arrest: 
e. On another conviction:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  AND
Name of Court: 
Date transferred to federal custody: 

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20  21  40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: 

Date: 04/25/2022

Signature of Assistant U.S. Attorney: /s/

Ruben Escalante
Print Name